U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 24 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN BENJAMIN HICKMAN | CIVIL ACTION NO. 10-cv-1470 |
| VERSUS | JUDGE WALTER |
| JOHNNY RAY NORMAN, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 44)** is **denied** and Defendants **Motion for Summary Judgment (Doc. 38)** is **granted**, dismissing with prejudice all claims against Sheriff Johnny Ray Norman, Deputy Peter Drake, and Deputy Michael McDuffy, dismissing with prejudice all federal law claims against the Red River Parish Police Jury, and dismissing without prejudice any state law claims against the Red River Parish Police Jury.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___23___ day of ___July___, 2012.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE